IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAIME ARIAS-MALDONADO,

    Plaintiff,                    No. CIV S-07-2506 MCE EFB P

    vs.

SUPERIOR COURT OF SACRAMENTO, et al.,

    Defendants.             ORDER

/

    Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests a 60-day extension of time to file and serve objections to the September 24, 2008, findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's October 14, 2008, request is granted in part, and plaintiff has 30 days from the date this order is served to file and serve his objections.

    So ordered.

Dated: October 22, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE